UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **IBERIA TEXACO FOOD MART LLC** * | | **CASE NO.:** |
| and   **SAKHAWAT HOSSAIN** * | | **2012-01450** |
| * | | |
| * | | |
| **VERSUS** * | | **JUDGE:** |
| * | | **JUDGE REBECCA F. DOHERTY** |
| **LOUIS M. ACKAL,** * | | |
| in his official capacity as * | | |
| **Sheriff of Iberia Parish, Louisiana and** * | | **MAGISTRATE:** |
| **JPMORGAN CHASE BANK, N.A.,** * | | **JUDGE C. MICHAEL HILL** |
| **JASON COMEAUX, Individually,** * | | |
| **and CODY VAUGHN Individually** * | | |
| * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' STATUS REPORT**

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, Iberia Texaco Food Mart, LLC and Sakhawat Hossain, who file this status report in accordance with this Court's Order of January 14, 2013, Doc. No. 21.

The court's order directed plaintiffs to provide a report regarding the status of the criminal matter pending against Mr. Hossain which resulted in the stay of this matter. The Court's order further required plaintiffs to provide the court with the expected completion date of the criminal proceedings.

Mr. Hossain's criminal trial has been set for January 20, 2015. Plaintiffs will provide the Court with additional information at the time of the next status report on December 15, 2014.

Respectfully Submitted,

/s/Vincent J. Booth
Vincent J. Booth (#18565)
BOOTH & BOOTH
138 North Cortez Street
New Orleans, Louisiana 70119
Telephone: (504) 482-5292
Facsimile: (800) 469-2185
Email: vbooth@boothandbooth.com

William L. Goode (#6128)
812 Johnston Street
Lafayette, LA 70501
Telephone: (337-234-0600)

Attorneys for Iberia Texaco Food Mart, LLC and Sakhawat Hossain

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Vincent J. Booth
Vincent J. Booth